

**FILED**
JAMES J. VILT, CLERK
JAN 13 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILLIAM ONEAL LINDSEY<br>_Defendant_ | Case No. 1:21MJ-12 HBB |

## CRIMINAL COMPLAINT

I, Matt Hedden, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about and between January 7, 2021, and January 12, 2021, in Edmonson County in the Western District of Kentucky, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and 2251(e) | Attempted Production of Child Pornography |
| 18 U.S.C. § 2422(b) | Attempted online enticement |

This criminal complaint is based on these facts:

X    Continued on the attached sheet

/s/ Matt Hedden
_Complainant's signature_
Matt Hedden, Detective
Kentucky Office of Attorney General – Dept. Crim. Inv.
_Printed name and title_

_Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means_

Date: 1/13/21

_Judge's Signature_
H. BRENT BRENNENSTUHL
United States Magistrate Judge
_Printed Name and Title_

City and State:  Bowling Green, Kentucky

RMC:JEL