1:21-MJ-12-HBB



## AFFIDAVIT

I, Matt Hedden, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Detective with the Kentucky Attorney General's Office Department of Criminal Investigations (DCI), since 2015, and am currently assigned to The United States Secret Service Electronic Crimes Task Force. Prior to my employment with DCI, I worked in law enforcement from 1994-2015, first with the Shelbyville (KY) Police Department for six years and then with the Anchorage Police Department for 15 years where I retired holding the rank of Lieutenant. As an investigator with DCI, I have investigated state and federal violations related to child exploitation and child pornography. I have gained experience through various trainings, conferences and everyday work relating to conducting these types of investigations. I have received training in the area of child exploitation and online solicitation.

2. I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that William Oneal Lindsey violated federal law by:

   a. using a facility and means of interstate commerce, to knowingly attempt to persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b); and

   b. knowingly attempting to persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

3. While authorized by the Kentucky Attorney General to conduct undercover (UC) investigations within the Commonwealth, I conducted such operation on January 7, 2021. An

unknown subject (UNSUB) contacted affiant on the Omegle chat website. At the beginning of the conversation, affiant advised the UNSUB that the UC persona was a 15YOA female in Louisville, Kentucky. The UNSUB later asked to continue the conversation over the KiK[1] messenger application using the screenname of: arthurlunan. When conversation commenced through KiK, the UNSUB made the conversation sexual in nature. He asked about the UC's sexual history, requested to receive sexual images, and requested to engage in sex acts with the UC. The following is a brief excerpt of the messages from that initial KiK conversation on January 7, 2021:

| | |
|---|---|
| UNSUB: | What size are your breasts baby girl? |
| UC: | 32b |
| UNSUB: | mmm. They sound so juicy. |
| UC: | They r small |
| UNSUB: | I like small. |
| UC: | K |
| UNSUB: | I don't expect to see them since we just met, but I look forward to seeing them one day |
| UC: | *smiling emoji* |
| UNSUB: | I wanna suck on your nipples till they're nice and hard. Grind them between my teeth |

4.  The Omegle chat website allows for connected users to create an archive at the end of a chat if desired. The records for the connected users for the archive are also stored on the Omegle server. The Omegle server maintains the IP records for associated archives and attached users and may be retrieved based on the unique Web Address created by Omegle for each chat. The unique Web Address associated with the chat is: logs.omegle.com/396e7a24cd5c3090. On January 8, 2021, the Kentucky Attorney General issued a Subpoena to Omegle for the records

---

[1] KiK is a free social media application that uses a cellular telephone's wireless Internet connection to transmit and receive messages (including texts, photos, videos, and other content).

2

related to the communications between the UNSUB and the UC persona. A response from Omegle indicated that the UNSUB used the IP address: 162.40.242.152, to communicate with the UC over the Omegle chat website.

5. On January 8, 2021, affiant searched the American Registry of Internet Numbers (ARIN) for the Internet provider associated with the IP address recorded by Omegle. ARIN showed that the IP was provided by WINDSTREAM Communications. A Subpoena to Windstream for the subscriber records related to the communications between the UNSUB and the UC persona resulted in a response from Windstream identifying William Lindsey at XXXX S Main St, #11, Brownsville, KY 42210 as the listed subscriber.

6. Conversation between the UNSUB and UC persona continued for several more days over KiK as well as traditional text message. During this time the suspect continued to make the chat sexual in nature. The following is another excerpt of the chat from the KiK application:

| | |
|---|---|
| UNSUB: | I'd love to fuck you like crazy all night till the morning dawn |
| UC: | U got to go slow if we do |
| UNSUB: | Of course. I'd be gentle with you baby girl |
| UNSUB: | I'd only go faster if you want me to |

On January 11, 2021, the UNSUB requested specific sexual images of the UC. The following is an excerpt of the conversation that occurred over text message:

| | |
|---|---|
| UNSUB: | Would you send me naughty pics? |
| UC: | Like wdy want to see |
| UNSUB: | Anything you're willing to show |
| UNSUB: | Breasts. Ass. Bare feet. Pussy. Eventually I'd want to see it all. But I leave it up to you when you wanna trust me with them |

7. On January 8, 2021, affiant sent details of this investigation and the suspect's photo to

KSP Intelligence Branch for assistance in identification. A KSP Intel Analyst contacted affiant a short time later with a match to the information provided. KSP identified the phone number as possibly belonging to William Oneal Lindsey of Brownville, Kentucky. Affiant also reviewed a driver's license image of Lindsey and confirmed it to be of the same person as images sent to the UC by the suspect. Additionally, I searched several open source websites and located records related to William Oneal Lindsey in Edmonson County. One in particular was from the Edmonson County High School Website that shows Lindsey is employed as a teacher in the Youth Service Center. Posts to the Edmonson "JAG" website also showed Lindsey mentioned a student recently for recognition.

7. Lindsey confided to the UC persona that he worked for the "Edmondson" School System, that he is 5'7", lives in Brownsville, and that his birthday was April 15. Those details accurately correspond to his identity.

8. Prior to January 11, 2021, the UNSUB called the UC cellular telephone. Affiant did not answer the call. However, on the evening of January 11, 2021, affiant placed an undercover call to Lindsey's phone per Lindsey's previous request to talk. A female law enforcement officer assisted affiant. The call lasted approximately 17 minutes and was recorded in its entirety. Lindsey immediately called the UC by the name previously provided during their online communications and confirmed his name was "Will". Lindsey then repeated his interest in engaging the UC in sex acts. He also encouraged the UC to masturbate while talking to him. Lindsey explained in graphic detail how to engage in this behavior.

9. On January 13, 2021, affiant travelled to Brownsville in order to locate Will Lindsey. It was determined that he was at his place of employment (Edmondson County High School).

Affiant spoke to the Administrator of the School and located the room Lindsey was in. He was then taken into custody without incident.

10. Lindsey was transported to the Edmonson County Sheriff's Office immediately after leaving his workplace. After arriving at the Sheriff's Office, affiant identified himself and advised Lindsey of the Miranda Warning. Lindsey acknowledged the warning and agreed to answer questions.

11. Lindsey admitted that he had met a person he knew to be a minor on the Omegle Website and that conversations occurred over the KiK application and text message on his personal phone. Lindsey also admitted that the conversation with the person (UC) was sexual in nature and that he had asked for images. Lindsey offered that he should not have engaged in the behavior due to the age of the person he was talking to and went on to say that he had communicated with numerous other girls on various platforms concerning sexually explicit topics and that he believed many of them were minors.

12. Upon his arrest Lindsey gave permission to review his Apple iPhone. Once unlocked with the passcode he provided, affiant saw the text message conversation between Lindsey and the UC phone number that he had added as a contact under the UC's name. Affiant also saw a short Snapchat message thread between Lindsey and a female that he believed was a minor. That conversation was sexual in nature as well.

13. Lindsey signed a consent to search his apartment. Affiant and other law enforcement conducted a search of Lindsey's apartment and seized several digital devices. During his post-Miranda interview, Lindsey stated that there were likely sexually explicit images of minors on his devices. The devices have not yet been examined.

14. Based on the foregoing, there is probable cause to believe that on or about and between January 7, 2021, and January 12, 2021, in the Western District of Kentucky, Edmondson County, Kentucky, and elsewhere, William Oneal Lindsey:

    a. used a facility and means of interstate commerce, to knowingly attempt to persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b); and

    b. knowingly attempting to persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce, in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

/s/ Matt Hedden
Matt Hedden
Detective, Department of Criminal Investigations
Kentucky Attorney General's Office

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means this __13__ day of January, 2021.

H. BRENT BRENNENSTUHL
United States Magistrate Judge

RMC:JEL